# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDUCATION EXPLOSION, INC.
AND IMPACT CHARTER SCHOOL

NO.   2025 CW 0914

VERSUS

CHAKESHA SCOTT, ERIC SCOTT,
COURTNEY SCOTT, MARILYN
WEBB, AND FRIENDS OF IMPACT
CHARTER SCHOOL

**DECEMBER 30, 2025**

---

In Re:     Chakesha Scott, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 759881.

---

**BEFORE:     LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                         **WIL**
                         **EW**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT